ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK E. AUSTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC. a foreign corporation, Does I-X and Roes I-X,<br><br>Defendant. | Case No. 2:14-cv-02173-RCJ-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, PATRICK AUSTIN and Defendant, WAL-MART STORES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

| Dated: July 6, 2015 | Dated: July 6, 2015 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |

/s/ Sharon L. Nelson
SHARON L. NELSON, ESQ.
NELSON LAW

/s/ Ethan D. Thomas
ROGER L. GRANDGENETT II, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Plaintiff
PATRICK E. AUSTIN

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated this 6th day of July, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.